In the Matter of the Accounting of MINNIE J. NESTER et al., as Executors and Trustees under the Will of SAMUEL K. NESTER, Deceased.

MONTGOMERY S. SANDFORD et al., as Executors and Trustees, Appellants; MINNIE J. NESTER et al., Individually and as Executors and Trustees, et al., Respondents.

*Matter of Nester*, 166 App. Div. 224, affirmed.
(Argued November 16, 1915; decided November 30, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1915, which affirmed a decree of the Ontario County Surrogate's Court determining that the appellants, Nester and Sandford, two of the executors and trustees, were not legally entitled to statutory commissions as such, but were only entitled to the specific compensation provided for them by the will.

*Daniel J. Kenefick* and *N. D. Lapham* for appellants.

*Lansing G. Hoskins* and *W. Smith O'Brien* for respondents.

*Lewis W. Keyes*, special guardian for Harold A. Nester, respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.